[No. 38720-4-II.   Division Two.   January 12, 2010.]

*In the Matter of the Interest of* J.D.L.

Appeal from a judgment of the Superior Court for Clark County, No. 08-7-00959-1, Scott A. Collier, J., entered December 9, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 38816-2-II.   Division Two.   January 12, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ROBERT McKAY IV, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 08-1-00164-0, Craddock D. Verser, J., entered January 16, 2009. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 38991-6-II.   Division Two.   January 12, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. M.A.-F., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-8-00007-7, Nelson E. Hunt, J., entered March 10, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Bridgewater, JJ.

[No. 39110-4-II.   Division Two.   January 12, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD BETTS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-03534-3, Rosanne Buckner, J., entered March 27, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.